LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
JESSICA A. GREEN, ESQ.
Nevada Bar No. 12383
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500
(702) 382-1512 - fax
jgarin@lipsonneilson.com
jgreen@lipsonneilson.com

Attorneys for Defendant Arizona Pipeline

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| REGINALD HOUSTON HALL, An Individual,<br><br>Plaintiff,<br><br>v.<br><br>ARIZONA PIPELINE COMPANY, a Domestic Corporation; WESTERN STATES CONTRACTING, INC., a Domestic Corporation; ELMER BOWERS, an Individual, DOES I-X; ROE CORPORATIONS I-X.<br><br>Defendants. | Case No.: 2:19-cv-00487-GMN-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED between Plaintiff REGINALD HOUSTON HALL through his attorneys of record, Jenny L. Foley, Ph.D., Esq. and Marta Kurshumova, Esq., of HKM Employment Attorneys, LLP, and Defendant ARIZONA PIPELINE COMPANY, through its attorneys Joseph P. Garin, Esq., and Jessica A. Green, Esq., of Lipson Neilson, P.C., that

/ / /

/ / /

/ / /

/ / /

/ / /

Defendant Arizona Pipeline Company shall have up to and including April 24, 2019 to respond to Plaintiff's Complaint on file herein.

| | |
|---|---|
| DATED this 17th day of April, 2019.<br><br>LIPSON NEILSON P.C.<br><br>*/s/ Jessica A. Green*<br>By:_____<br>Joseph P. Garin (Bar No. 6653)<br>Jessica A. Green (Bar No. 12383)<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br><br>Attorneys for Defendant Arizona Pipeline Company | DATED this 17th day of April, 2019<br><br>HKM EMPLOYMENT ATTORNEYS LLP<br><br>*/s/ Marta D. Kurshumova*<br>By:_____<br>Jenny L. Foley, Ph.D., Esq. (Bar No. 9017)<br>Marta D. Kurshumova, Esq. (Bar No. 14728)<br>1785 East Sahara Avenue, Suite 325<br>Las Vegas, NV 89104<br><br>Attorneys for Plaintiff |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: April 23, 2019