LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
DAVID A. CLARK, ESQ.
Nevada Bar No. 4443
JESSICA A. GREEN, ESQ.
Nevada Bar No. 12383
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500
(702) 382-1512 - fax
jgarin@lipsonneilson.com
dclark@lipsonneilson.com
jgreen@lipsonneilson.com

Attorneys for Defendant Arizona Pipeline

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| REGINALD HOUSTON HALL, An Individual,<br><br>Plaintiff,<br><br>v.<br><br>ARIZONA PIPELINE COMPANY, a Domestic Corporation; WESTERN STATES CONTRACTING, INC., a Domestic Corporation; ELMER BOWERS, an Individual, DOES I-X; ROE CORPORATIONS I-X.<br><br>Defendants. | Case No.: 2:19-cv-00487-GMN-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED between Plaintiff REGINALD HOUSTON HALL through his attorneys of record, Jenny L. Foley, Ph.D., Esq. and Marta Kurshumova, Esq., of HKM Employment Attorneys, LLP, and Defendant ARIZONA PIPELINE COMPANY ("Defendant"), through its attorneys of Lipson Neilson P.C., that any and all claims raised in

///
///
///
///
///

the above-entitled action by Plaintiff against this Defendant alone shall be, and hereby are, dismissed with prejudice, pursuant to Federal Rules of Civil Procedure 41(a), with each party to bear their own respective attorney's fees and costs.

| DATED this 12th day of August, 2019.<br><br>HKM EMPLOYMENT ATTORNEYS LLP<br><br>/s/ Jenny L. Foley, Ph.D.<br>By:_____<br>Jenny L. Foley, Ph.D., Esq. (Bar No. 9017)<br>Marta D. Kurshumova, Esq. (Bar No. 14728)<br>1785 East Sahara Avenue, Suite 300<br>Las Vegas, NV 89104<br><br>*Attorneys for Plaintiff* | DATED this 12th day of August, 2019<br><br>LIPSON NEILSON P.C.<br><br>/s/ David A. Clark<br>By:_____<br>Joseph P. Garin (Bar No. 6653)<br>David A. Clark (Bar No. 4443)<br>Jessica A. Green (Bar No. 12383)<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Defendant Arizona Pipeline Company* |
|---|---|

## ORDER

**IT IS HEREBY ORDERED** that the above Stipulation for Dismissal with Prejudice, (ECF No. 32), is **GRANTED**.

**DATED** this __15__ day of August, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

Lipson Neilson P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 FAX: (702) 382-1512