```
 1  Lisa A. McClane, State Bar No. 10139
    Daniel Aquino, State Bar No. 12682
 2  JACKSON LEWIS P.C.
    Bank of America Plaza
 3  300 S. Fourth Street, Suite 900
    Las Vegas, Nevada 89101
 4  TEL: 702.921.2460
    FAX: 702.893.3789
 5  lisa.mcclane@jacksonlewis.com
    daniel.aquino@jacksonlewis.com
 6
    Attorneys for Defendant
 7  WESTERN STATES CONTRACTING, INC.
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REGINALD HOUSTON HALL, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>ARIZONA PIPELINE COMPANY, a Domestic Corporation; WESTERN STATES CONTRACTING, INC., a Domestic Corporation; ELMER BOWERS, an Individual, DOES I-X; ROE CORPORATIONS I-X,<br><br>Defendants. | Case No. 2:19-cv-00487-GMN-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff REGINALD HOUSTON HALL and the remaining defendants, WESTERN STATES CONTRACTING, INC. and ELMER BOWERS, by and through their respective attorneys of record, hereby notify this Court that they have resolved this matter. Accordingly, the parties hereby stipulate to dismiss, with prejudice, the entire action and all claims set forth in Plaintiff's Complaint (ECF No. 1).

. . .

. . .

. . .

The parties further agree that they will each bear their own costs and attorneys' fees.

DATED this 17 day of September, 2019.　　DATED this 17th day of September, 2019.

**JACKSON LEWIS P.C.**　　**HKM EMPLOYMENT ATTORNEYS LLP**

_/s/ Lisa A. McClane_　　_/s/ Jenny L. Foley_

Lisa A. McClane, NV Bar # 10139　　Jenny L. Foley, NV Bar # 9017
Daniel Aquino, NV Bar # 12682　　Marta D. Kurushmova, NV Bar # 14728
300 South Fourth Street, Suite 900　　1785 East Sahara Ave., Suite 300
Las Vegas, Nevada 89101　　Las Vegas, Nevada 89104

*Attorneys for Defendant*　　*Attorneys for Plaintiff*
*Western States Contracting, Inc.*　　*Reginald Houston Hall*

DATED this 11th day of September, 2019.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

_/s/ Bruce C. Young_

Bruce C. Young, Esq., NV Bar # 5550
Paige S. Shreve, Esq., NV Bar # 13773
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118

*Attorneys for Defendant*
*ELMER BOWERS*

## ORDER

**IT IS HEREBY ORDERED** that the above Stipulation for Dismissal with Prejudice, (ECF No. 35), is **GRANTED**.

**IT IS FURTHER ORDERED** that in light of the above, Defendant Elmer Bowers' Motion to Dismiss, (ECF No. 25), is **DENIED as moot**.

**DATED** this ___17___ day of September, 2019.

_____
Gloria M. Navarro, District Judge
United States District Court